UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 11-614
Plaintiff, )
)
v. )
) DETENTION ORDER
DEZI-RAY THOMAS ARNEZ LOUIE, )
)
Defendant. )
_____ )

<u>Offense charged</u>: Murder in the First Degree

<u>Date of Detention Hearing</u>: January 9, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged with unlawfully killing or aiding and abetting the unlawful

killing of an individual on tribal trust lands on the Lummi Indian Reservation in the course of commission of a robbery.

2. Defendant was not interviewed by Pretrial Services. He does not contest entry of an order of detention.

3. Defendant poses a risk of nonappearance due to lack of verified background information and a history of failing to appear, as well as a history of failing to comply with court ordered supervision. He poses a risk of danger due to criminal history and the nature and circumstances of the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of January, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3